# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADALBERTO CASTRO, | Civil Action No. 3: 14-cv-00273 |
| Plaintiff, | |
| v. | United States District Judge<br>Kim R. Gibson |
| SUPERINTENDENT GLUNT, et al., | |
| Defendants. | |

## MEMORANDUM OPINION

This prisoner civil rights case was commenced on December 30, 2014, with the filing of a petition to proceed *in forma pauperis* and was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The magistrate judge's report and recommendation, dated October 19, 2016 (ECF No. 77), recommended that defendants' motion for summary judgment (ECF No. 66) be granted. A copy of the report and recommendation was mailed to plaintiff Adalberto Castro ("Plaintiff") by First Class United States Mail at his listed address of record. The parties were advised that they had fourteen (14) days after service of the report and recommendation to file written objections. No party has filed any objections nor has any party sought an extension of time in which to do so.

1

After *de novo* review of the pleadings and documents in the case, together with the report and recommendation, defendants' motion for summary judgment will be granted. An appropriate order will be entered.

Dated: November 28, 2016

BY THE COURT:

Kim R. Gibson
United States District Judge

cc: ADALBERTO CASTRO
FX-6703
SCI Dallas
1000 Follies Road
Dallas, PA 18612
(via U.S. First Class Mail)

Mary Lynch Friedline
Office of Attorney General
(via ECF electronic notification)