IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADALBERTO CASTRO, | Civil Action No. 3: 14-cv-00273 |
| Plaintiff, | |
| v. | United States District Judge<br>Kim R. Gibson |
| SUPERINTENDENT GLUNT, et al., | |
| Defendants. | |

### ORDER

AND NOW, this 28th day of November, 2016, it is hereby **ORDERED, ADJUDGED AND DECREED** that for the reasons set forth in the accompanying memorandum opinion Defendants' Motion for Summary Judgment (ECF No. 66) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 77) dated October 19, 2016, is **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED.**

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

BY THE COURT:

Kim R. Gibson
United States District Judge

1

cc: ADALBERTO CASTRO
FX-6703
SCI Dallas
1000 Follies Road
Dallas, PA 18612
(via U.S. First Class Mail)

Mary Lynch Friedline
Office of Attorney General
(via ECF electronic notification)